# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| BROADCAST MUSIC, INC.; STONE DIAMOND MUSIC CORP.; ABKCO MUSIC, INC.; WARNER-TAMERLANE PUBLISHING CORP.; SONY/ATV SONGS LLC; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; COREY FOWLER; CAHRON CHILDS; CHANTI GLEE; RUNWAY STAR MUSIC PUBLISHING; SONGS OF UNIVERSAL INC.; BUG MUSIC; SALLY RUTH ESTHER PUBLISHING INC., | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION NO.: |
| v. | ) ) ) | 2:12-cv-02950-Ma |
| MPJ INVESTMENTS LLC d/b/a BLU RESTAURANT & BAR; and JOHN EDWARDS, individually, | ) ) ) ) ) | |
| Defendants. | ) | |

## **NOTICE OF SETTLEMENT**

Plaintiffs and Defendants have compromised the within and foregoing action, and no party named herein being an infant or incompetent, Plaintiffs and Defendants herewith notify the Court of the settlement of this action.

This is based upon a settlement made between Plaintiffs and Defendants wherein the Defendants will pay a certain consideration over a period of time not to exceed February 1, 2014. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, Plaintiffs specifically reserve the right, in the event of any nonpayment by the Defendants named herein, to tender for entry a Consent Judgment, pursuant to the terms of a settlement agreement among the parties.

Upon completion of the terms of said settlement, Plaintiffs will dismiss their claim against Defendants with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

        BROADCAST MUSIC, INC. for itself
        and its Co-Plaintiffs


By s/James R. Newsom III
    James R. Newsom III
    Tenn. B.P.R. No. 6683
    jnewsom@harrisshelton.com
    HARRIS SHELTON HANOVER WALSH, PLLC
    2700 One Commerce Square
    Memphis, TN  38103
    (901) 525-1455

    Attorneys for Plaintiffs


    MPJ INVESTMENTS LLC and
    JOHN EDWARDS, individually


By s/Gary E. Veazey
    GARY E. VEAZEY
    Tenn. B.P.R. No. 10657
    gveazey@jglawfirm.com
    780 Ridge Lake Blvd., Suite 202
    Memphis, TN 38120
    (901) 682-3450

    Attorney for Defendants