UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| BROADCAST MUSIC, INC.; STONE DIAMOND MUSIC CORP.; ABKCO MUSIC, INC.; WARNER-TAMERLANE PUBLISHING CORP.; SONY/ATV SONGS LLC; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; COREY FOWLER; CAHRON CHILDS; CHANTI GLEE; RUNWAY STAR MUSIC PUBLISHING; SONGS OF UNIVERSAL INC.; BUG MUSIC; SALLY RUTH ESTHER PUBLISHING INC., | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: |
| v. | ) ) | 2:12-cv-02950-Ma |
| MPJ INVESTMENTS LLC d/b/a BLU RESTAURANT & BAR; and JOHN EDWARDS, individually, | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

The respective parties do hereby stipulate that the within action be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, each party to pay its own costs.

BROADCAST MUSIC, INC. for itself
and its Co-Plaintiffs


By s/James R. Newsom III
    James R. Newsom III
    Tenn. B.P.R. No. 6683
    jnewsom@harrisshelton.com
    HARRIS SHELTON HANOVER WALSH, PLLC
    2700 One Commerce Square
    Memphis, TN 38103
    (901) 525-1455

Attorneys for Plaintiffs

       MPJ INVESTMENTS LLC and
       JOHN EDWARDS, individually


By <u>s/Gary E. Veazey  by express permission JRN</u>
 GARY E. VEAZEY
 Tenn. B.P.R. No. 10657
 gveazey@jglawfirm.com
 780 Ridge Lake Blvd., Suite 202
 Memphis, TN 38120
 (901) 682-3450

Attorney for Defendants