```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

**BROADCAST MUSIC, INC.; STONE DIAMOND**
**MUSIC CORP.; ABKCO MUSIC, INC.;**
**WARNER-TAMERLANE PUBLISHING CORP.;**
**SONY/ATV SONGS LLC; RONDOR MUSIC**
**INTERNATIONAL, INC. d/b/a IRVING MUSIC;**
**COREY FOWLER; CAHRON CHILDS; CHANTI**
**GLEE; RUNWAY STAR MUSIC PUBLISHING;**
**SONGS OF UNIVERSAL INC.; BUG MUSIC;**           Cv. # 12-2950-Ma/cgc
**SALLY RUTH ESTHER PUBLISHING INC.,**

    **Plaintiffs,**

**v.**

**MPJ INVESTMENTS LLC d/b/a BLU**
**RESTAURANT & BAR; JOHN EDWARDS; and**
**KENNY SHAW, each individually,**

    **Defendants.**

## ORDER OF DISMISSAL

The parties have submitted a Stipulation of Dismissal indicating that this matter may be dismissed with prejudice. This case is therefore dismissed in its entirety with prejudice. Each party to pay its own costs.

It is SO ORDERED this 27th day of November, 2013.

                                      *s/  Samuel H. Mays, Jr.*
                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE