```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

```
BROADCAST MUSIC, INC.; STONE DIAMOND
MUSIC CORP.; ABKCO MUSIC, INC.;
WARNER-TAMERLANE PUBLISHING CORP.;
SONY/ATV SONGS LLC; RONDOR MUSIC
INTERNATIONAL, INC. d/b/a IRVING MUSIC;
COREY FOWLER; CAHRON CHILDS; CHANTI
GLEE; RUNWAY STAR MUSIC PUBLISHING;
SONGS OF UNIVERSAL INC.; BUG MUSIC;          Cv. # 12-2950-Ma/cgc
SALLY RUTH ESTHER PUBLISHING INC.,

        Plaintiffs,

v.

MPJ INVESTMENTS LLC d/b/a BLU
RESTAURANT & BAR; JOHN EDWARDS; and
KENNY SHAW, each individually,

        Defendants.
```

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed December 2, 2013.  Each party shall bear its own costs.

**APPROVED:**

  *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


  *December 2, 2013*                  THOMAS M. GOULD
DATE                                  CLERK

                                       *s/ Zandra Frazier*
                                      (By) DEPUTY CLERK